**IT IS ORDERED as set forth below:**

**Date: August 16, 2017**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| CHARLIE HENRY BROWN AND ANGELA DENISE BROWN, | CASE NO. 17-58273-BEM |
| Debtors. | CHAPTER 13 |
| CHARLIE HENRY BROWN AND ANGELA DENISE BROWN, | |
| Movants, | |
| v. | Contested Matter |
| CHERYL WASHINGTON, | |
| Respondent. | |

**O R D E R**

Debtors' Motion to Avoid Judgment Lien (the "Motion") [Doc. 15] and Respondent's response thereto [Doc. 17] came before the Court for hearing on August 15, 2017. For the reasons announced on the record, it is ORDERED that the Motion is GRANTED and the judicial lien held by Respondent is avoided to the extent such lien impairs an exemption Debtors

would have been entitled to pursuant to 11 U.S.C. § 522(b), subject to 11 U.S.C. §§ 349 and 522(c) in the event of a dismissal.

**END OF ORDER**

**Distribution List**

Emily Allen
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346

Charlie Henry Brown and
Angela Denise Brown
6139 Semaphore Ridge
Rex, GA 30273

Cheryl Washington
440 Grove Hill Drive
Stockbridge, GA 30281

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740